**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BSD, INC., ET AL., <br><br> Plaintiffs, <br> v. <br><br> EQUILON ENTERPRISES, LLC, ET AL., <br><br> Defendants. | Case No.: 10-CV-05223-LHK <br><br> ORDER TRANSFERRING ACTION TO SAN FRANCISCO / OAKLAND DIVISION OF THE NORTHERN DISTRICT OF CALIFORNIA |

On November 17, 2010, this action was removed from the Superior Court for Sonoma County. Civil Local Rule 3-2(d) specifies that civil actions which arise in Sonoma County shall be assigned to the San Francisco Division or the Oakland Division of the Northern District. However, Defendant Equilon Enterprises, LLC, filed the notice of removal and related pleadings in the San Jose Division in error. *See* Dkt. #21. Pursuant to Civil Local Rule 3-2(h), and subject to the Court's Reassignment Plan, the Court may order transfer of a civil action to the proper Division.

Accordingly, this action shall be transferred to the San Francisco / Oakland Division of the Northern District of California.

**IT IS SO ORDERED.**

Dated: December 6, 2010

*Lucy H. Koh*
LUCY H. KOH
United States District Judge