UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BSD, INC., a California corporation, 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, inclusive,<br><br>        Defendants. | Case No:  C 10-05223 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Dkt. 42 |

Plaintiffs bring this action against Defendants under California franchise law.  On April 1, 2011, the Court denied Plaintiffs' Motion to Remand Action on the ground that Defendant Anabi Oil ("Anabi") had been fraudulently joined.  See Dkt. 41.  Subsequently, on April 4, 2011, Plaintiffs filed a Motion for an Order Dismissing Anabi ("Motion for Dismissal," Dkt. 42), and noticed the motion for hearing on May 10, 2011.  Also pending before the Court is Anabi's Motion to Dismiss ("Motion to Dismiss," Dkt. 30), which is scheduled for hearing on April 12, 2011.  Adjudication of Plaintiffs' Motion for Dismissal may resolve this action as to Anabi.  Accordingly,

IT IS HEREBY ORDERED THAT:

1.      Any opposition to Plaintiffs' Motion for Dismissal shall be filed by April 26, 2011; any reply shall be filed by May 3, 2011.  The Motion for Dismissal will be deemed submitted upon the deadline for filing a reply.

1          2.      The April 12, 2011 hearing on Anabi's Motion to Dismiss and the May 10, 2011

2   hearing on Plaintiffs' Motion for Dismissal are VACATED.

3          IT IS SO ORDERED.

4   Dated: April 6, 2011                                    _____
                                                            SAUNDRA BROWN ARMSTRONG
5                                                           United States District Judge