1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          **NORTHERN DISTRICT OF CALIFORNIA**

10                                   **OAKLAND DIVISION**

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>            Plaintiffs,<br><br>    v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>            Defendants. | Case No. 10-CV-05223-SBA<br><br>**ORDER RE: FILING OF DEFENDANT EQUILON ENTERPRISES LLC'S COUNTERCLAIM AGAINST PLAINTIFF YOUSTINE, INC.**<br><br>Complaint Filed:  November 2, 2010<br><br>Dept.:       Courtroom 1, 4th Floor<br>Judge:      Hon. Saundra B. Armstrong<br>Trial Date: Not Set |

20    The parties to this action have submitted a stipulation, agreeing as follows:

21    1.    Equilon Enterprises LLC may file its Counterclaim, attached to the Stipulation as

22    Exhibit 1, in this action;

23    2.    The Counterclaim shall be deemed filed as of the date the Court signs an Order on

24    this Stipulation; and

25    / / /

26    / / /

27    / / /

28    / / /

3.     Within two days after the Court signs an Order on this Stipulation, Equilon Enterprises LLC will serve the Counterclaim on all parties to this action.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/30/11

_____
HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE