# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BSD, INC.,  a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive, <br><br> Defendants. <br><br> AND RELATED COUNTERCLAIMS. | Case No. 10-CV-05223-SBA <br><br> **ORDER RE: FILING OF EQUILON ENTERPRISES LLC'S AMENDED COUNTERCLAIM AGAINST YOUSTINE, INC.** <br><br> Complaint Filed:  November 2, 2010 <br><br> Dept.:       Courtroom. 1, 4th Floor <br> Judge:       Hon. Saundra B. Armstrong <br> Mag. Judge: Hon. Jacqueline S. Corley <br> Trial Date:   Not Set |

Case No. 10-CV-05223-SBA

[PROPOSED] ORDER RE: FILING OF EQUILON ENTERPRISES LLC'S AMENDED
COUNTERCLAIM AGAINST YOUSTINE, INC.

1    The parties to this action have submitted a stipulation, agreeing as follows:

2    1.    Equilon Enterprises LLC, dba Shell Oil Products US may file its Amended

3  Counterclaim, attached to the Stipulation as Exhibit 1, in this action;

4    2.    The Amended Counterclaim shall be deemed filed as of the date the Court signs an

5  Order on this Stipulation;

6    3.    Within two days after the Court signs an Order on this Stipulation, Equilon

7  Enterprises LLC will serve the Amended Counterclaim on all parties to this action; and

8    4.    Youstine, Inc. shall respond to the Amended Counterclaim within the time allotted by

9  the Federal Rules of Civil Procedure.

10

11  **PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

12

13

14  Dated: 9/22/11                    _____

                                      HON. SAUNDRA B. ARMSTRONG
15                                    U.S. DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            1                Case No. 10-CV-05223-SBA
        [PROPOSED] ORDER RE: FILING OF EQUILON ENTERPRISES LLC'S AMENDED
                  COUNTERCLAIM AGAINST YOUSTINE, INC.