1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-CV-05223-SBA<br><br>**ORDER RE: FILING OF EQUILON ENTERPRISES LLC'S AMENDED COUNTERCLAIM AGAINST YOUSTINE, INC.**<br><br>Complaint Filed: November 2, 2010<br><br>Dept.:　　Courtroom. 1, 4th Floor<br>Judge:　　Hon. Saundra B. Armstrong<br>Mag. Judge: Hon. Jacqueline S. Corley<br>Trial Date:　Not Set |

1  The parties to this action have submitted a stipulation, agreeing as follows:

2  1. Equilon Enterprises LLC, dba Shell Oil Products US may file its Amended Counterclaim, attached to the Stipulation as Exhibit 1, in this action;

3  2. The Amended Counterclaim shall be deemed filed as of the date the Court signs an Order on this Stipulation;

4  3. Within two days after the Court signs an Order on this Stipulation, Equilon Enterprises LLC will serve the Amended Counterclaim on all parties to this action; and

5  4. Youstine, Inc. shall respond to the Amended Counterclaim within the time allotted by the Federal Rules of Civil Procedure.

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: 9/22/11

_____
HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE