1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                              OAKLAND DIVISION
9

10  BSD, INC, et al.,                              Case No:  C 10-5223  SBA
11          Plaintiff,                             **ORDER**
12      vs.                                        Docket 63
13  EQUILON ENTERPRISES, LLC, et al.,
14          Defendants.
15

16      Pursuant to the parties' stipulation that the Amended Counterclaim attached as
17  Exhibit A to Docket 59 shall replace the Amended Counterclaim attached as Exhibit 1 to
18  Docket 58, IT IS HEREBY ORDERED THAT Equilon Enterprises, LLC shall separately
19  file the Amended Counterclaim found in Exhibit A to Docket 59 into the docket in the
20  instant action.
21      IT IS SO ORDERED.
22
23
24  Dated: October 14, 2011                        _____
25                                                 SAUNDRA BROWN ARMSTRONG
                                                   United States District Judge
26
27
28