1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-CV-05223-SBA<br><br>**ORDER RE: DESIGNATION OF EQUILON ENTERPRISES LLC'S OPERATIVE AMENDED COUNTERCLAIM**<br><br>Complaint Filed:  November 2, 2010<br><br>Dept.:         Courtroom. 1, 4th Floor<br>Judge:         Hon. Saundra B. Armstrong<br>Mag. Judge: Hon. Jacqueline S. Corley<br>Trial Date:   June 25, 2012 |

Defendant, Counter-Claimant and Counter-Defendant Equilon Enterprises LLC, dba Shell Oil Products US ("Equilon") and Plaintiff, Counter-Defendant and Counter-Claimant Youstine, Inc. ("Youstine") have submitted a stipulation, agreeing as follows:

1. Equilon's Amended Counterclaim attached as "Exhibit A" to the Notice of Errata re: Stipulation re: Filing of Amended Counterclaim, filed with this Court on September 22, 2011 [Docket No. 59], shall replace the Amended Counterclaim attached as "Exhibit 1" to the parties' Stipulation re: Filing of Equilon Enterprises LLC's Amended Counterclaim against Youstine, Inc. [Docket No. 58], as the operative pleading in this action;

2. The Amended Counterclaim attached as "Exhibit A" to Docket Number 59 shall be deemed filed with the Court and served on Youstine as of September 22, 2011; and

3. Youstine shall respond to the Amended Counterclaim within the time allotted by the Federal Code of Civil Procedure.

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

Dated: 10/12/11

HON. SAUNDRA B. ARMSTRONG
U.S. DISTRICT COURT JUDGE

1   Case No. 10-CV-05223-SBA
[PROPOSED] ORDER RE: DESIGNATION OF EQUILON ENTERPRISES LLC'S OPERATIVE AMENDED COUNTERCLAIM