1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-CV-05223-SBA<br><br>**ORDER RE: DESIGNATION OF EQUILON ENTERPRISES LLC'S OPERATIVE AMENDED COUNTERCLAIM**<br><br>Complaint Filed: November 2, 2010<br><br>Dept.:　　Courtroom. 1, 4th Floor<br>Judge:　　Hon. Saundra B. Armstrong<br>Mag. Judge: Hon. Jacqueline S. Corley<br>Trial Date:　June 25, 2012 |

Case No. 10-CV-05223-SBA
[PROPOSED] ORDER RE: DESIGNATION OF EQUILON ENTERPRISES LLC'S OPERATIVE AMENDED COUNTERCLAIM

1  Defendant, Counter-Claimant and Counter-Defendant Equilon Enterprises LLC, dba Shell
2 Oil Products US ("Equilon") and Plaintiff, Counter-Defendant and Counter-Claimant Youstine, Inc.
3 ("Youstine") have submitted a stipulation, agreeing as follows:
4  1.  Equilon's Amended Counterclaim attached as "Exhibit A" to the Notice of Errata re:
5 Stipulation re: Filing of Amended Counterclaim, filed with this Court on September 22, 2011
6 [Docket No. 59], shall replace the Amended Counterclaim attached as "Exhibit 1" to the parties'
7 Stipulation re: Filing of Equilon Enterprises LLC's Amended Counterclaim against Youstine, Inc.
8 [Docket No. 58], as the operative pleading in this action;
9  2.  The Amended Counterclaim attached as "Exhibit A" to Docket Number 59 shall be
10 deemed filed with the Court and served on Youstine as of September 22, 2011; and
11  3.  Youstine shall respond to the Amended Counterclaim within the time allotted by the
12 Federal Code of Civil Procedure.
13  **PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**
16 Dated: 10/12/11
   _____
   HON. SAUNDRA B. ARMSTRONG
   U.S. DISTRICT COURT JUDGE