IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD, INC. et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EQUILON ENTERPRISES LLC, et al.,<br><br>　　　　　Defendants. | Case No.: C10-5223 SBA (JSC)<br><br>**ORDER RE: HEARING ON THE DECEMBER 29, 2011 JOINT LETTER (DKT. NO. 69)** |

The Court has reviewed a joint statement submitted by Plaintiffs and Third Party Anabi Oil Corporation ("Anabi) concerning Anabi's response to a subpoena. (Dkt. No. 69.) The Court will hear oral argument on the dispute on **Thursday, January 12, 2012 at 2:00 p.m. in Courtroom F at 450 Golden Gate Avenue, San Francisco, CA 94102.** If any party wishes to appear by telephone, the party shall contact Court Call at 1-888-882-6878 to make the arrangements. In addition, on or before **Monday, January 9, 2012** the parties shall file any evidence they wish the Court to consider in connection with the dispute, including any declarations supporting the factual allegations made in the Joint Statement.

**IT IS SO ORDERED.**

Dated: January 4, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

2