**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company; ANABI OIL CORPORATION, a California corporation; and DOES 1 through 100, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTER CLAIMS | Case Number: CV10-05223-SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 72]** |

///

///

///

-1-

1   Plaintiffs BSD, Inc., 21st Century Group, Inc., and Youstine, Inc. ("Plaintiffs") have brought
2   an Administrative Motion to Seal Documents pursuant to Civil L.R. 7-11 and 79-5 to file certain
3   documents under seal in support of Plaintiffs' position regarding the discovery dispute between
4   Plaintiffs and third party, Anabi Oil Corporation ("Anabi"), as set forth in the Joint Statement filed
5   by Plaintiffs and Anabi on December 29, 2011 [Dkt. No. 69]. This Court has considered the
6   Administrative Motion, the supporting Declaration of Thomas P. Bleau, and all other relevant
7   pleadings and papers in this case.

8   Having found the requirements of Civil L.R. 7-11 and 79-5 to have been met and finding
9   good cause therefore,

10  **IT IS HEREBY ORDERED THAT**
11  the Administrative Motion to File Under Seal [Dkt. No. 72] is GRANTED.
12  **IT IS SO ORDERED.**

14  Dated: January 19, 2012

Hon. Jacqueline Scott Corley
United States Magistrate Judge