1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company; ANABI OIL CORPORATION, a California corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　　　Defendants.<br><br>AND RELATED COUNTER CLAIMS | Case Number: CV10-05223-SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL [DKT. NO. 72]** |

///

///

///

Plaintiffs BSD, Inc., 21st Century Group, Inc., and Youstine, Inc. ("Plaintiffs") have brought an Administrative Motion to Seal Documents pursuant to Civil L.R. 7-11 and 79-5 to file certain documents under seal in support of Plaintiffs' position regarding the discovery dispute between Plaintiffs and third party, Anabi Oil Corporation ("Anabi"), as set forth in the Joint Statement filed by Plaintiffs and Anabi on December 29, 2011 [Dkt. No. 69].  This Court has considered the Administrative Motion, the supporting Declaration of Thomas P. Bleau, and all other relevant pleadings and papers in this case.

Having found the requirements of Civil L.R. 7-11 and 79-5 to have been met and finding good cause therefore,

**IT IS HEREBY ORDERED THAT**

the Administrative Motion to File Under Seal [Dkt. No. 72] is GRANTED.

**IT IS SO ORDERED.**

Dated:  January 19, 2012                                    _____
                                                            Hon. Jacqueline Scott Corley
                                                            United States Magistrate Judge