IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> EQUILON ENTERPRISES LLC, et al., <br><br> Defendants. | Case No.: 10-5233 SBA (JSC) <br><br> **ORDER RE: HEARING ON THE FEBRUARY 23, 2012 JOINT LETTER (DKT. NO. 86)** |

The Court has reviewed the joint statement submitted by Plaintiffs and Third Party Anabi Oil Corporation ("Anabi). (Dkt. No. 86.) The Court will hear oral argument on the dispute on **Thursday, March 8 at 9:00 a.m. in Courtroom F at 450 Golden Gate Avenue, San Francisco, CA 94102.** If any party wishes to appear by telephone, the party shall contact Court Call at 1-888-882-6878 to make the arrangements.

**IT IS SO ORDERED.**

Dated: February 28, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE