IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BSD, INC. et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>EQUILON ENTERPRISES LLC, et al.,<br><br>            Defendants. | Case No.: 10-5223 SBA (JSC)<br><br>**ORDER RE: FEBRUARY 23, 2012 JOINT LETTER (DKT. NO. 86)** |

Now pending before the Court is a dispute between Plaintiffs and third-party Anabai Oil Corporation ("Anabi") regarding production of certain documents. (Dkt. No. 86). Having reviewed the parties filings and had the benefit of oral argument on March 8, 2012, the Court finds that the documents at issue should be produced pursuant to the Attorneys Eyes only provision of the protective order governing this action, as was noted on the record.

The parties have filed a motion to file the February 23, 2012 Joint Statement under seal. (Dkt. No. 86). The Court GRANTS the motion, but orders counsel for Anabi to file a redacted version of the Joint Statement by March 12, 2012 redacting only that information that is confidential and subject to the protective order in this action.

1        **IT IS SO ORDERED.**

3    Dated: March 8, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE