1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-CV-05223-SBA<br><br>**ORDER RE STIPULATION RE FILING OF TWO MOTIONS FOR SUMMARY JUDGMENT BY EQUILON ENTERPRISES LLC**<br><br>Complaint Filed: November 2, 2010<br><br>Dept.:       Courtroom. 1, 4th Floor<br>Judge:       Hon. Saundra B. Armstrong<br>Mag. Judge: Hon. Jacqueline S. Corley<br>Trial Date:  June 25, 2012 |

The parties to this action have submitted a stipulation, agreeing as follows:

Defendant, Counter-Claimant and Counter-Defendant Equilon Enterprises LLC, dba Shell Oil Products US ("Equilon") may file in this action two motions for summary judgment/adjudication as follows:

   1.   The first motion shall be limited to adjudication of the following counterclaims brought by Equilon against Plaintiff, Counter-Defendant and Counter-Claimant Youstine, Inc.: (1)

First Counterclaim for Relief for Breach of Contract.; and (2) Third Counterclaim for Relief for Declaratory Relief.

    2.    With regard to Equilon's Third Counterclaim for Relief for Declaratory Relief, Equilon shall only seek a determination by the Court as a matter of law that: (1) Equilon's termination of Youstine, Inc.'s Petroleum Marketing Practices Act ("PMPA") franchise agreements complied with the PMPA; and (2) Equilon properly terminated the Right of First Refusal Offer it presented to Youstine, Inc. to purchase the land, equipment and improvements located at 2600 Pellissier Place, City of Industry, California.

    3.    The second motion shall be limited to the claims brought by Plaintiffs BSD, Inc., 21st Century Group, Inc. and Youstine, Inc. in their Complaint.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/16/12

                      _Saundra B. Armstrong_
                HON. SAUNDRA B. ARMSTRONG
                UNITED STATES DISTRICT COURT JUDGE