1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>            Plaintiffs,<br><br>     v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>            Defendants. | Case No. 10-CV-05223-SBA<br><br>**ORDER CONTINUING HEARING DATE ON EQUILON ENTERPRISES LLC'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON ITS AMENDED COUNTERCLAIM AGAINST YOUSTINE, INC., OR IN THE ALTERNATIVE, DETERMINATION OF FACTS WITHOUT CONTROVERSY**<br><br>Complaint Filed:  November 2, 2010<br><br>Dept.:        Courtroom. 1, 4th Floor<br>Judge:       Hon. Saundra B. Armstrong<br>Mag. Judge:  Hon. Jacqueline S. Corley<br>Trial Date:  December 10, 2012 |
| AND RELATED COUNTERCLAIMS. | |

Case No. 10-CV-05223-SBA

[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION FOR PARTIAL SUMMARY JUDGMENT

1  Plaintiff, Counter-Defendant and Counter-Claimant Youstine, Inc. ("Youstine") and
2 Defendant, Counter-Claimant and Counter-Defendant Equilon Enterprises LLC, dba Shell Oil
3 Products US ("Equilon") have submitted a stipulation, agreeing as follows:
4  That the trial and specified case management dates be continued as follows:
5  a. That the hearing on Equilon's Motion for Partial Summary Judgment on its Amended
6  Counterclaim Against Youstine, Inc. shall be continued to <u>Tuesday, June 5, 2012, at
7  1:00 p.m</u>.
8  b. That the filing deadline for Youstine's Opposition to Equilon's Motion for Partial
9  Summary Judgment on its Amended Counterclaim Against Youstine, Inc. shall be
10  continued to <u>Monday, May 14, 2012</u>.
11  c. That the filing deadline for Equilon's Reply in support of its Motion for Partial
12  Summary Judgment on its Amended Counterclaim Against Youstine, Inc. shall be
13  continued to <u>Monday, May 21, 2012</u>.
14
15  **FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO**
16  **ORDERED.**
17
18  Dated:    4/27/12                                    _/s/ Saundra B. Armstrong_
                                                         HON. SAUNDRA B. ARMSTRONG
19                                                       UNITED STATES DISTRICT COURT JUDGE
20
21
22
23
24
25
26
27
28

2    Case No. 10-CV-05223-SBA
[PROPOSED] ORDER CONTINUING HEARING DATE ON MOTION FOR PARTIAL
SUMMARY JUDGMENT