# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BSD, INC., a California corporation; 21ˢᵗ CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | Case No. 10-CV-05223-SBA<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff 21ˢᵗ CENTURY GROUP, INC. ("Plaintiff") and Defendant EQUILON ENTERPRISES LLC, DBA SHELL OIL PRODUCTS US ("Equilon"), having reached a settlement which is reflected in their respective written settlement agreement, and having stipulated by and through their respective counsel of record, and the Court having accepted the stipulation of the parties,

IT IS HEREBY ORDERED that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims that Plaintiff has asserted against Equilon in this action are hereby DISMISSED WITH PREJUDICE and that Plaintiff and Equilon are to bear their own costs, expenses and attorney's fees.

IT IS SO ORDERED.

Dated: 11/8/ , 2012

*Saundra B Armstrong*
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE