**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>        Defendants. | Case No. 10-CV-05223-SBA<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE EXPERT DISCOVERY**<br><br>Complaint Filed: November 2, 2010<br><br>Dept.:        Courtroom. 1, 4th Floor<br>Judge:        Hon. Saundra B. Armstrong<br>Mag. Judge: Hon. Jacqueline S. Corley<br>Trial Date:   April 1, 2013 |
| AND RELATED COUNTERCLAIMS. | |

Plaintiff, Counter-Defendant and Counter-Claimant Youstine, Inc. ("Youstine") and Defendant, Counter-Claimant and Counter-Defendant Equilon Enterprises LLC, dba Shell Oil Products US ("Equilon") have submitted a stipulation, agreeing as follows:

(1) That the deadline to complete expert discovery in this matter be continued to <u>Friday, January 25, 2013</u>; and

(2) All other trial and case management dates contained in the Court's September 10, 2012 Order for Pretrial Preparation shall remain unchanged.

**FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/6/12

_____
HON. SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT COURT JUDGE