UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>   Plaintiffs,<br><br> v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>   Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. 10-CV-05223-SBA<br><br>[PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE EXPERT DISCOVERY<br><br>Complaint Filed: November 2, 2010<br><br>Dept.: Courtroom. 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong<br>Mag. Judge: Hon. Jacqueline S. Corley<br>Trial Date: April 1, 2013 |

1    Plaintiff, Counter-Defendant and Counter-Claimant Youstine, Inc. ("Youstine") and
2  Defendant, Counter-Claimant and Counter-Defendant Equilon Enterprises LLC, dba Shell Oil
3  Products US ("Equilon") have submitted a stipulation, agreeing as follows:
4    (1)   That the deadline to complete expert discovery in this matter be continued to <u>Friday,</u>
5  <u>January 25, 2013</u>; and
6    (2)   All other trial and case management dates contained in the Court's September 10,
7  2012 Order for Pretrial Preparation shall remain unchanged.
8    **FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO**
9  **ORDERED.**

11  Dated: 12/6/12                    _Saundra B. Armstrong_
                                      HON. SAUNDRA B. ARMSTRONG
12                                    UNITED STATES DISTRICT COURT JUDGE

                                                          2          Case No. 10-CV-05223-SBA
[PROPOSED] ORDER CONTINUING DEADLINE TO COMPLETE EXPERT DISCOVERY