| | |
|---|---|
| 1 | WILSON TURNER KOSMO LLP |
| | ROBIN A. WOFFORD (137919) |
| 2 | KATHERINE K. POTHIER (171783) |
| | HUBERT KIM (204957) |
| 3 | 550 West C Street, Suite 1050 |
| | San Diego, California 92101 |
| 4 | Telephone: (619) 236-9600 |
| | Facsimile: (619) 236-9669 |
| 5 | E-mail: rwofford@wilsonturnerkosmo.com |
| | E-mail: kpothier@wilsonturnerkosmo.com |
| 6 | E-mail: hkim@wilsonturnerkosmo.com |

Attorneys for Defendant, Counter-Claimant and Counter-Defendant
EQUILON ENTERPRISES LLC, dba SHELL OIL PRODUCTS US

Thomas P. Bleau, Esq., SBN 152945
Gennady L. Lebedev, Esq., SBN 179945
Megan A. Childress, Esq., SBN 266926
BLEAU FOX, A P.L.C.
3575 Cahuenga Boulevard West, Suite 580
Los Angeles, California 90068
Telephone: (323) 874-8613
Facsimile: (323) 874-1234
E-mail: bleaushark@aol.com
E-mail: glebedev@bleaufox.com
E-mail: mchildress@bleaufox.com

Attorneys for Plaintiffs BSD, INC. and 21st CENTURY GROUP, INC. and
Plaintiff, Counter-Defendant and Counter-Claimant YOUSTINE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 10-CV-05223-SBA<br><br>**STIPULATION RE DISMISSAL OF EQUILON ENTERPRISES LLC'S SECOND COUNTERCLAIM FOR RELIEF; AND [PROPOSED] ORDER THEREON**<br><br>[Civil L.R. 7-12]<br><br>Complaint Filed: November 2, 2010<br><br>Dept.: Courtroom. 1, 4th Floor<br>Judge: Hon. Saundra B. Armstrong<br>Mag. Judge: Hon. Jacqueline S. Corley<br>Trial Date: June 10, 2013 |
| AND RELATED COUNTERCLAIMS. | |

1  Case No. 10-CV-05223-SBA

STIPULATION RE DISMISSAL OF EQUILON ENTERPRISES LLC'S SECOND
COUNTERCLAIM FOR RELIEF; AND [PROPOSED] ORDER THEREON

1   Defendant, Counter-Claimant and Counter-Defendant Equilon Enterprises LLC, dba Shell
2   Oil Products US ("Equilon") and Plaintiff, Counter-Defendant and Counter-Claimant Youstine, Inc.
3   ("Youstine") respectfully submit the following Stipulation and [Proposed] Order regarding the
4   dismissal of Equilon's Second Counterclaim for Relief for Conversion as follows:
5   WHEREAS on September 22, 2011, Equilon filed an Amended Counterclaim against
6   Youstine to add a Second Counterclaim for Relief for Conversion and to supplement its Breach of
7   Contract claim against Youstine;
8   WHEREAS Equilon no longer intends to pursue its Second Counterclaim for Relief for
9   Conversion and seeks a dismissal of such claim without prejudice; and
10  WHEREAS Youstine agrees to Equilon's dismissal of the Second Counterclaim for Relief
11  for Conversion without prejudice;
12  WHEREFORE, IT IS HEREBY STIPULATED by and between Equilon and Youstine, by
13  and through their respective attorneys of record, as follows:
14  1.   Equilon will not pursue its Second Counterclaim for Relief for Conversion against
15  Youstine and will dismiss such claim without prejudice; and
16  2.   Each party shall bear its own attorney's fees and costs in connection with this claim.
17  This stipulation may be executed in counterparts, each of which will be deemed an original
18  and all such counterparts together will constitute one and the same instrument. Counterparts may be
19  exchanged by facsimile transmission.
20  IT IS SO STIPULATED.

22  Dated:   April 1, 2013        **BLEAU FOX, A P.L.C.**

24                                By: _____
                                  Thomas P. Bleau, Esq.
25                                Gennady L. Lebedev, Esq.
                                  Megan A. Childress, Esq.
26                                Attorneys for Plaintiffs BSD, INC. and 21ST
                                  CENTURY GROUP, INC. and Plaintiff, Counter-
27                                Defendant and Counter-Claimant YOUSTINE,
                                  INC.
28

STIPULATION RE DISMISSAL OF EQUILON ENTERPRISES LLC'S SECOND
COUNTERCLAIM FOR RELIEF; AND [PROPOSED] ORDER THEREON

| | |
|---|---|
| Dated: April 2, 2013 | **WILSON TURNER KOSMO LLP** |
| | By: /s/ Hubert Kim |
| | ROBIN A. WOFFORD |
| | KATHERINE K. POTHIER |
| | HUBERT KIM |
| | Attorneys for Defendant, Counter-Claimant and Counter-Defendant EQUILON ENTERPRISES LLC, dba SHELL OIL PRODUCTS US |

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

Dated: April 2, 2013     By: /s/ Hubert Kim
                             HUBERT KIM

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: APRIL 3, 2013     _____
                         HON. SAUNDRA B. ARMSTRONG
                         UNITED STATES DISTRICT COURT JUDGE

---

3    Case No. 10-CV-05223-SBA

STIPULATION RE DISMISSAL OF EQUILON ENTERPRISES LLC'S SECOND COUNTERCLAIM FOR RELIEF; AND [PROPOSED] ORDER THEREON