1  WILSON TURNER KOSMO LLP
   ROBIN A. WOFFORD (137919)
2  KATHERINE K. POTHIER (171783)
   HUBERT KIM (204957)
3  550 West C Street, Suite 1050
   San Diego, California 92101
4  Telephone: (619) 236-9600
   Facsimile: (619) 236-9669
5  E-mail: rwofford@wilsonturnerkosmo.com
   E-mail: kpothier@wilsonturnerkosmo.com
6  E-mail: hkim@wilsonturnerkosmo.com

7  Attorneys for Defendant, Counter-Claimant and Counter-Defendant
   EQUILON ENTERPRISES LLC, dba SHELL OIL PRODUCTS US
8
   Thomas P. Bleau, Esq., SBN 152945
9  Gennady L. Lebedev, Esq., SBN 179945
   Megan A. Childress, Esq., SBN 266926
10 BLEAU FOX, A P.L.C.
   3575 Cahuenga Boulevard West, Suite 580
11 Los Angeles, California 90068
   Telephone: (323) 874-8613
12 Facsimile: (323) 874-1234
   E-mail: bleaushark@aol.com
13 E-mail: glebedev@bleaufox.com
   E-mail: mchildress@bleaufox.com
14
   Attorneys for Plaintiffs BSD, INC. and 21st CENTURY GROUP, INC. and
15 Plaintiff, Counter-Defendant and Counter-Claimant YOUSTINE, INC.

16              UNITED STATES DISTRICT COURT

17            NORTHERN DISTRICT OF CALIFORNIA

18                  OAKLAND DIVISION

| | |
|---|---|
| 19  BSD, INC., a California corporation; 21st CENTURY GROUP, INC., a California corporation; and YOUSTINE, INC., a California corporation, | Case No. 10-CV-05223-SBA |
| 20 | **STIPULATION RE DISMISSAL OF EQUILON ENTERPRISES LLC'S SECOND COUNTERCLAIM FOR RELIEF; AND [PROPOSED] ORDER THEREON** |
| 21           Plaintiffs, | |
| 22      v. | **[Civil L.R. 7-12]** |
| 23  EQUILON ENTERPRISES, LLC, a Delaware limited liability company, ANABI OIL CORPORATION, a California corporation, and DOES 1 through 100, Inclusive, | Complaint Filed: November 2, 2010 |
| 24 | Dept.:    Courtroom. 1, 4th Floor |
| 25 | Judge:    Hon. Saundra B. Armstrong |
| 26           Defendants. | Mag. Judge: Hon. Jacqueline S. Corley Trial Date: June 10, 2013 |
| 27 | |
| 28  AND RELATED COUNTERCLAIMS. | Case No. 10-CV-05223-SBA |

1

1    Defendant, Counter-Claimant and Counter-Defendant Equilon Enterprises LLC, dba Shell

2    Oil Products US ("Equilon") and Plaintiff, Counter-Defendant and Counter-Claimant Youstine, Inc.

3    ("Youstine") respectfully submit the following Stipulation and [Proposed] Order regarding the

4    dismissal of Equilon's Second Counterclaim for Relief for Conversion as follows:

5    WHEREAS on September 22, 2011, Equilon filed an Amended Counterclaim against

6    Youstine to add a Second Counterclaim for Relief for Conversion and to supplement its Breach of

7    Contract claim against Youstine;

8    WHEREAS Equilon no longer intends to pursue its Second Counterclaim for Relief for

9    Conversion and seeks a dismissal of such claim without prejudice; and

10   WHEREAS Youstine agrees to Equilon's dismissal of the Second Counterclaim for Relief

11   for Conversion without prejudice;

12   WHEREFORE, IT IS HEREBY STIPULATED by and between Equilon and Youstine, by

13   and through their respective attorneys of record, as follows:

14   1.    Equilon will not pursue its Second Counterclaim for Relief for Conversion against

15   Youstine and will dismiss such claim without prejudice; and

16   2.    Each party shall bear its own attorney's fees and costs in connection with this claim.

17   This stipulation may be executed in counterparts, each of which will be deemed an original

18   and all such counterparts together will constitute one and the same instrument.  Counterparts may be

19   exchanged by facsimile transmission.

20   IT IS SO STIPULATED.

21

22   Dated:    April 1, 2013        **BLEAU FOX, A P.L.C.**

23

24                     By: _____

25                        Thomas P. Bleau, Esq.
                         Gennady L. Lebedev, Esq.
                         Megan A. Childress, Esq.
26                       Attorneys for Plaintiffs BSD, INC. and 21ST
                         CENTURY GROUP, INC. and Plaintiff, Counter-
27                       Defendant and Counter-Claimant YOUSTINE,
                         INC.

28

2                    Case No. 10-CV-05223-SBA

STIPULATION RE DISMISSAL OF EQUILON ENTERPRISES LLC'S SECOND
COUNTERCLAIM FOR RELIEF; AND [PROPOSED] ORDER THEREON

1    Dated:        April 2, 2013              **WILSON TURNER KOSMO LLP**

2

3                                            By:        /s/ Hubert Kim
                                                     ROBIN A. WOFFORD
4                                                    KATHERINE K. POTHIER
                                                     HUBERT KIM
5                                                    Attorneys for Defendant, Counter-Claimant and
                                                     Counter-Defendant EQUILON ENTERPRISES
6                                                    LLC, dba SHELL OIL PRODUCTS US

7

8                                 **SIGNATURE ATTESTATION**

9          Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that authorization for the filing of this

10   document has been obtained from each of the other signatories shown above and that all signatories

11   concur in the filing's content.

12

13   Dated:        April 2, 2013              By:        /s/ Hubert Kim
                                                     HUBERT KIM
14

15

16        PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18   Dated:        APRIL 3            , 2013
                                                     _____
19                                                   HON. SAUNDRA B. ARMSTRONG
                                                     UNITED STATES DISTRICT COURT JUDGE
20

21

22

23

24

25

26

27

28
                                                3                    Case No. 10-CV-05223-SBA
     STIPULATION RE DISMISSAL OF EQUILON ENTERPRISES LLC'S SECOND
     COUNTERCLAIM FOR RELIEF; AND [PROPOSED] ORDER THEREON