UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BSD, INC., et al., | No. C 10-5223 SBA (MEJ) |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| EQUILON ENTERPRISES, LLC, et al., | |
| Defendants. | |

On August 21, 2013, Defendant Equilon Enterprises, LLC filed a Motion for Attorney's Fees and Costs against Plaintiff Youstine, Inc. Dkt. No. 144. The Honorable Saundra Brown Armstrong, the presiding judge in this case, subsequently referred the matter to the undersigned to prepare a report and recommendation. Dkt. No. 146. However, Youstine has failed to file an opposition pursuant to Civil Local Rule 7. Pursuant to Judge Armstrong's Civil Standing Order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion." *See* Judge Armstrong's Civil Standing Order, effective September 21, 2012 at ¶ C.6. Accordingly, the Court hereby VACATES the October 10, 2013 hearing and ORDERS Youstine to show cause why Equilon's Motion should not be granted in compliance with Judge Armstrong's Standing Order, as well as for failure to comply with court deadlines. Youstine shall file a declaration by September 19, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on October 3, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: September 12, 2013

_____
Maria-Elena James
United States Magistrate Judge