UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| BSD, INC., et al., | No. C 10-5223 SBA (MEJ) |
| Plaintiffs, | **ORDER DISCHARGING OSC** |
| v. | |
| EQUILON ENTERPRISES, LLC, et al., | |
| Defendants. | |

On August 21, 2013, Defendant Equilon Enterprises, LLC filed a Motion for Attorney's Fees and Costs against Plaintiff Youstine, Inc. Dkt. No. 144. The Honorable Saundra Brown Armstrong, the presiding judge in this case, subsequently referred the matter to the undersigned to prepare a report and recommendation. Dkt. No. 146. However, as Youstine failed to file an opposition pursuant to Civil Local Rule 7, the Court ordered Youstine to show cause why Equilon's Motion should not be granted in compliance with Judge Armstrong's Standing Order[1], as well as for failure to comply with court deadlines. The Court ordered Youstine to file a declaration by September 19, 2013, and scheduled a hearing on October 3, 2013. Dkt. No. 150.

On September 24, 2013, Equilon filed a Notice of Bankruptcy Filing by Youstine, Inc., in which Equilon states that it has been notified by Youstine's former counsel that on September 17, 2013, Youstine filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Central District of California. Dkt. No. 151. As Youstine's filing operates as an automatic stay of this action pursuant to Section 362(a) of the

---

[1] Pursuant to Judge Armstrong's Civil Standing Order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute a consent to the granting of the motion." *See* Judge Armstrong's Civil Standing Order, effective September 21, 2012, at ¶ C.6.

Bankruptcy Code, including Equilon's Motion for Attorney's Fees and Costs, the Court DISCHARGES the Order to Show Cause. Should the bankruptcy stay be lifted, Equilon may re-notice its Motion.

**IT IS SO ORDERED.**

Dated: September 24, 2013

_____
Maria-Elena James
United States Magistrate Judge